IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN L. WILLIAMS | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 1:17-cv-204 |
| | ) | |
| v. | ) | |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | RICHARD A. LANZILLO |
| SUPERINTENDENT | ) | |
| MICHAEL R. CLARK, et al. | ) | |
| | ) | |
| Defendant | ) | O R D E R |
| | ) | |

Upon consideration of Defendants' Motion to Sever (ECF No. 53), and the Plaintiff's Response thereto (ECF No. 57), the Motion is **GRANTED** as follows:

1. The Clerk is hereby instructed to **TERMINATE** the following misjoined Defendants from this action: C.O. Villegas, P.S.S. Knight.

2. Should the Plaintiff wish to proceed with any separate lawsuits against misjoined Defendants Villegas and Knight, he may do so by initiating separate actions in accordance with the Federal Rules of Civil Procedure.

3. The Complaint, filed at Case No. 1:17-cv-204, shall proceed against Defendant Beddick and Supervisory Defendants Giroux, Clark, Franz, Meure, Irwin, Jones, Anders, Bashor, Szelewski, and Kusiak on the allegations stated at ECF No. 4, at ¶¶21-42 and 114-118, and ECF No. 4, at ¶¶41-42 and 59-65.

4. The claims stated in this Complaint against Defendants Hammett and Harmon at ECF No. 4, at ¶¶ 43-54; ¶¶ 119-121 are hereby **SEVERED**. The Plaintiff has thirty days from the date of this order to refile these claims as separate actions. If these new actions are timely filed, Plaintiff's *in forma pauperis* status will continue as originally granted in this case.

5. The Defendants remaining at Case No. 1:17-cv-204 shall file an answer, motion to dismiss, and/or any other relevant pleadings on or before Friday, November 30, 2018.

6. Williams' Motion for Clarification docketed at ECF No. 62 is **DENIED** as **MOOT** as it seeks clarification on the status of Defendants' Motion to Sever, which has now been decided. Further, Williams seeks clarification as to whether United States District Judge Susan Paradise Baxter continues to preside over this action. She does not. This matter was reassigned to the undersigned United States Magistrate Judge per order of the Court

1

on September 24, 2018. *See* ECF No. 63. *See also* ECF Nos. 2 and 31 (all parties consenting to the jurisdiction of a United States Magistrate Judge).

IT IS SO ORDERED.

_____
The Hon. Richard A. Lanzillo
United States Magistrate Judge

Dated __Nov. 14__, 2018.